AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------------------DISTRICT OF-------------------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY &
EDUCATION FUNDS, LMCT FUND, INDUSTRY
FUND, PLUMBERS UNION LOCAL 12 and its
FRINGE BENEFIT FUNDS

V.

P.M.B. MECHANICAL, INC.
and PAUL M. BARRERA

**SUMMONS IN A CIVIL CASE**

**04 11820 RCL**

CASE NUMBER:

TO: (Name and address of defendant)

P.M.B. Mechanical, Inc.
*c/o Its President:*
Paul M. Barrera
Business and Residence: 44 Grove Street, Lynnfield, MA 01940

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT  06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  AUG 20 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Return unexecuted:_____

☐ Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 21, 2004

I hereby certify and return that on 9/21/2004 at 09:30 am I served a true and attested copy of the summons, category sheet, cover sheet and ERISA & LMRA complaint for collection of delinquent contributions & deductions owed in this action in the following manner: To wit, by delivering in hand to Paul Barrera, President, agent in charge for P.M.B. Mechanical, Inc. at 44 Grove Street, Lynnfield, MA 01940. Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

_____
*Deputy Sheriff*

Deputy Sheriff Edward Carroll

(1)