FILED
IN CLERKS OFFICE

2004 OCT 25  P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY & EDUCATION FUNDS, LMCT FUND, INDUSTRY FUND, PLUMBERS UNION LOCAL 12 and its FRINGE BENEFIT FUNDS<br><br>Plaintiffs<br><br>VS.<br><br>P.M.B. MECHANICAL, INC. and PAUL M. BARRERA<br><br>Defendants | Civil Action No.: 04-11820-RCL<br><br><br><br>October 22, 2004 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiffs in the above-captioned action hereby represent that the time limit for responding to their Complaint has passed and that the Defendants, P.M.B. Mechanical, Inc. and Paul M. Barrera, have failed to respond to the Plaintiffs' Complaint as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully move this Court to enter default against said Defendants for failure to plead.

THE PLAINTIFFS,

By: _____
John M. Brown, Esq.
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 651103
THEIR ATTORNEY

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Default for Failure to Plead has been mailed, first-class and postage prepaid, this 22nd day of October 2004 to the following:

P.M.B. Mechanical, Inc.
*c/o Its President:*
Paul M. Barrera
Business and Residence:
44 Grove Street
Lynfield, MA  01940

JOHN M. BROWN

JTF.12 FUNDS.PMB MECHANICAL
Motion for Default for Failure to Reply.10.22.04

3