UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE, PENSION,
ANNUITY & EDUCATION FUNDS, LMCT FUND,
INDUSTRY FUND, PLUMBERS UNION LOCAL 12 and
its FRINGE BENEFIT FUNDS

Plaintiffs

VS.

P.M.B. MECHANICAL, INC. and
PAUL M. BARRERA

Defendants

Civil Action No.:
04-11820-RCL

November 5, 2004

---

### NOTICE OF WITHDRAWAL OF COMPLAINT

Pursuant to F.R.C.P. Rule 41(a), the Plaintiff Funds Trustees hereby withdraw the instant Complaint, without prejudice, as the Defendants have entered into a settlement agreement to repay the delinquent contributions at issue in the Complaint. Additionally, Defendants have not filed an Answer or any responsive pleadings to the Complaint and, therefore, voluntary dismissal pursuant to F.R.C.P. 41(a) is appropriate.

Respectfully submitted,

_____
Attorney for Plaintiffs
John M. Brown, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 651103

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Withdrawal of Complaint has been mailed first class and postage prepaid this 5th day of November 2004 to the following:

P.M.B. Mechanical, Inc.
*c/o Its President:*
Paul M. Barrera
Business and Residence:
44 Grove Street
Lynfield, MA  01940

_____
John M. Brown, Esq.

JTF.12FUNDS.PMB MECHANICAL
Withdrawal of Complaint.11-4-04

2